```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2918
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )
                                  )    No. 2:09-cr-00244 MCE
12          Plaintiff,            )
                                  )    STIPULATION AND
13      v.                        )    ORDER CONTINUING STATUS
                                  )    CONFERENCE
14  ELIAS ALVAREZ RAMIREZ, JOSE   )
    RAMIREZ, TELFILO LUNA DELGADO,)
15  ADRIAN NEGRETE ANDRADE,       )
    FRANCISCO RAMIREZ SANCHEZ,    )
16  JORGE LUIS CORONA RAMIREZ,    )
    ANTONIO RAMIREZ SANCHEZ, and  )
17  MIGUEL CORONA LOZANO,         )
                                  )
18          Defendants.           )
    _____)
19
```

20     IT IS HEREBY STIPULATED by and between Plaintiff United States

21 of America, by and through United States Attorney Lawrence G. Brown

22 and Assistant U.S. Attorney Todd D. Leras, Attorney Preciliano

23 Martinez as Counsel for Defendant Elias Alvarez Ramirez, Attorney

24 William Feldman as Counsel for Defendant Jose Ramirez, Attorney Jeff

25 Goodwin as Counsel for Defendant Telfilo Luna Delgado, Attorney Fred

26 Dawson as Counsel for Defendant Adrian Negrete Andrade, Attorney

27 Dina Santos as Counsel for Defendant Francisco Ramirez Sanchez,

28 Attorney Erin Radekin as Counsel for Defendant Jorge Luis Corona

Ramirez, Attorney Charles Bauer as Counsel for Defendant Antonio Ramirez Sanchez and Attorney Gilbert Roque as Counsel for Defendant Miguel Corona Lozano, that the status conference scheduled for September 10, 2009, be continued to October 15, 2009, at 9:00 a.m.

The request to continue the status conference is made on the ground that the government has conducted additional investigation and plans to provide supplemental discovery to defense counsel. Some defense counsel and investigators have recently inspected real property involved in this case and plan to share their observations with other defense counsel. All defense counsel believe that they need time to review the additional discovery, share observations regarding the real property and to discuss these matters with their respective clients.

In addition to the matters mentioned in the previous paragraph, Attorney Jeff Goodwin is awaiting a supplemental report that will dispose of this matter for his client, Teofilo Luna Delgado. Attorney Erin Radekin is requesting that the government prepare a plea agreement for her client, Jorge Luis Corona Ramirez.

In light of the above circumstances, the government and all defendants agree that an exclusion of time is appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare). All defense attorneys agree to this request and have authorized Assistant United States Attorney Todd D. Leras to sign this stipulation on their behalf.

DATED: September 9, 2009         By: /s/ Todd D. Leras
                                     TODD D. LERAS
                                     Assistant U.S. Attorney

```
 1  DATED: September 9, 2009        By: /s/ Todd D. Leras for
                                        PRECILIANO MARTINEZ
 2                                      Attorney for Defendant
                                        ELIAS ALVAREZ RAMIREZ
 3

 4  DATED: September 9, 2009        By: /s/ Todd D. Leras for
                                        WILLIAM FELDMAN
 5                                      Attorney for Defendant
                                        JOSE RAMIREZ
 6

 7  DATED: September 9, 2009        By: /s/ Todd D. Leras for
                                        JEFF GOODWIN
 8                                      Attorney for Defendant
                                        TELFILO LUNA DELGADO
 9

10  DATED: September 9, 2009        By: /s/ Todd D. Leras for
                                        FRED DAWSON
11                                      Attorney for Defendant
                                        ADRIAN NEGRETE ANDRADE
12

13  DATED: September 9, 2009        By: /s/ Todd D. Leras for
                                        DINA SANTOS
14                                      Attorney for Defendant
                                        FRANCISCO RAMIREZ SANCHEZ
15

16  DATED: September 9, 2009        By: /s/ Todd D. Leras for
                                        ERIN RADEKIN
17                                      Attorney for Defendant
                                        JORGE LUIS CORONA RAMIREZ
18

19  DATED: September 9, 2009        By: /s/ Todd D. Leras for
                                        CHARLES BAUER
20                                      Attorney for Defendant
                                        ANTONIO RAMIREZ SANCHEZ
21

22  DATED: September 9, 2009        By: /s/ Todd D. Leras for
                                        GILBERT ROQUE
23                                      Attorney for Defendant
                                        MIGUEL CORONA LOZANO
24

25

26

27

28
```

**IT IS HEREBY ORDERED:**

1. The status conference set for September 10, 2009 is continued to October 15, 2009, at 9:00 a.m.

2. Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) up to and including October 15, 2009.

IT IS SO ORDERED.

Dated: September 9, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE