1  PHILLIP A. TALBERT
   Acting United States Attorney
2  BRIAN A. FOGERTY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA,      | CASE NO. 2:09-CR-00244 WBS
11 |             Plaintiff,         |
12 |        v.                      |
13 | ELIAS ALVAREZ RAMIREZ,         | STIPULATION AND [~~PROPOSED~~] PROTECTIVE ORDER REGARDING DISSEMINATION OF DISCOVERY MATERIALS
14 |             Defendant.         |

18       Pursuant to Fed. R. Crim. P. 16(d), the United States of America, by and through Assistant

19 United States Attorney Brian A. Fogerty, and defendant Elias Alvarez Ramirez, by and through counsel

20 John Balazs, and defense expert Gregg Stutchman, hereby stipulate and agree, and respectfully request

21 that the Court order that:

22       1.     The United States shall produce discovery containing information regarding the device(s)

23 used to create audio recordings of the defendant subject to this stipulation and associated protective

24 order.

25       2.     Certain materials that the government intends to produce in discovery identifies the

26 manufacturer, model and other characteristics of the recording device(s) used by law enforcement during

27 the investigation that led to the defendant's arrest (hereinafter, the "Protected Material"). The parties

28 agree that Protected Material, which identifies the manufacturer, model and/or technical characteristics

STIPULATION AND [PROPOSED] PROTECTIVE ORDER                 1

of the recording device(s) used by law enforcement in this investigation, shall be produced directly to defense expert Gregg Stutchman.  Defense expert Gregg Stutchman shall not disclose Protected Material or the information therein to anyone, including the defendant and defense counsel.

3. The Protected Material is now and will forever remain the property of the United States. The Protected Material is entrusted to defense expert Gregg Stutchman only for purposes of his work in this case.

4. Defense expert Gregg Stutchman shall not give Protected Material or any copy of Protected Material to any person other than his staff.  The term "staff" shall not be construed to describe the defendant or other person not either regularly employed by defense expert Gregg Stutchman or Stutchman Forensic Laboratory.

5. Any person receiving Protected Material or a copy of Protected Material from defense expert Gregg Stutchman shall be bound by the same obligations as defense expert Gregg Stutchman and further may not give the Protected Material to anyone.

6. Defense expert Gregg Stutchman shall maintain a list of persons to whom any Protected Material, or copies thereof, have been given.  Such persons shall be shown a copy of this Stipulation and Order and shall sign a copy of the Stipulation and Order and note that they understand its terms and agree to them.

7. Defense counsel shall advise government counsel of any subpoena, document requests, or claims for access to the Protected Material by third parties in order that the government may take action to resist or comply with such demands as it may deem appropriate.

8. In the event that the defendant retains a substitute expert, defense expert Gregg Stutchman agrees to return to government counsel all discovery provided under this order, in order that the government may arrange for any substituted defense expert to sign the order and for reissuance of discovery to the new defense expert.

//
//
//

STIPULATION AND [PROPOSED] PROTECTIVE ORDER

2

Dated: September 12, 2016              PHILLIP A. TALBERT
                                       Acting United States Attorney

                                By:   /s/ BRIAN A. FOGERTY
                                      BRIAN A. FOGERTY
                                      Assistant United States Attorney


Dated: September 12, 2016             /s/
                                      John Balazs
                                      Counsel for Defendant Elias
                                      Alvarez Ramirez


Dated: September 12, 2016             /s/
                                      Gregg Stutchman
                                      Expert retained by Defendant
                                      Elias Alvarez Ramirez


**ORDER**

By agreement of the parties and the defense expert, and good cause appearing, IT IS SO ORDERED.

Dated: January 5, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] PROTECTIVE ORDER         3